AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Gerard Charles Szczerbinski and Eloude Clerone<br><br>*Defendant(s)* | Case No.<br><br>**8:19MJ2553SPF** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 2019 through present** in the county of **Sarasota** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | conspiracy to commit wire fraud |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Brian Villaflor, Special Agent, U.S. Secret Service
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/5/2019

_____
Judge's signature

City and state: Tampa, Florida

SEAN P. FLYNN, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Brian Villaflor, Special Agent, United States Secret Service, being duly sworn to tell the truth, state the following information:

1. I am employed as a Special Agent with the United States Secret Service and I have been so employed since September 2017. I am currently assigned to the Tampa Field Office. During the course of my career with the United States Secret Service, I have led, conducted, and participated in criminal investigations involving bank fraud, mail fraud, counterfeiting U.S. currency, wire fraud, identity theft, and access device fraud.

2. The facts set forth in this affidavit are based on my personal knowledge, information, and documents provided to me in my official capacity; information obtained from other individuals, including law-enforcement officers involved in this investigation; my review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstance described herein; and information gained through my training and experience. The statements contained in this affidavit are true and correct to the best of my knowledge and belief.

3. Based on the information contained in this affidavit, I believe there is probable cause to charge **Gerard Charles Szczerbinski** and **Eloude**

**Clerone** with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349.

4. This affidavit is intended to demonstrate only that there exists probable cause to support a complaint to charge **Gerard Charles Szczerbinski** and **Eloude Clerone** with conspiracy to commit wire fraud and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in the affidavit are related in substance and in part only.

## PROBABLE CAUSE

5. In an effort to aid in review of this affidavit and provide and overall understanding of the scheme, I will summarize the evidence gathered to date during this investigation. Attribution of these facts will follow. In sum, I have probable cause that from at least in or around June, 2019, through the present, **Gerard Charles Szczerbinski** and **Eloude Clerone** engaged in a conspiracy to commit wire fraud.

## SARASOTA COUNTY SHERIFF'S OFFICE (SCSO) INVESTIGATION

6. On or about July 9, 2019, an unknown female, submitted an application to purchase a 2019 Dodge Challenger, bearing vehicle identification number 2C3CDZL94KH507308, online via website https://secure.dealerinspire.com/dashboard/application/view/1510322

which sends the information via wire to CDK Global, which operates out of Hoffman Estates, IL. CDK Global verified the credit of the individual purchasing the vehicle, and sent the information back to Dealer Inspire, which operates out of Naperville, IL. The application included victim B.A.'s address, driver's license number, social security number, date of birth, and the victim's employment information with the United States Department of Justice (USDOJ) including her monthly income, job title, and date on which the victim started employment. The application was submitted online utilizing IP address 172.58.14.215, which comes back to an address located in the Southern District of Florida. The email used for communication with the dealership regarding the sale of the vehicle is creativellc2017@gmail.com. A fraudulent Florida driver's license of B.A. used in conjunction with the application to purchase the vehicle was emailed to an employee of Wilde Jaguar of Sarasota.

7. An employee with Wilde Jaguar of Sarasota confirmed the dealership received phone calls, texts and emails from a woman who identified herself as B.A. All communication between the dealership and the individual purporting to be B.A. were conducted via phone number (954) 867-4943 and via email addresses creativellc1017@gmail.com and creativellc2017@gmail.com.

8. SCSO detectives contacted the real B.A. of Parkland, Florida, who stated she did not attempt to purchase a vehicle from Wilde Jaguar of Sarasota nor did she give anyone permission to use her personal information to purchase a vehicle on her behalf. Upon checking her credit report, B.A. found two additional inquiries for vehicle purchases from car dealerships in Maryland and Massachusetts.

### NORTHWEST BMW IN OWING MILLS, MD

9. SCSO detectives contacted Northwest BMW in Owing Mills, Maryland and spoke with an employee with Northwest BMW in Owning Mills who stated they received a similar application, but believed the documents to be fraudulent so they cancelled the sale.

10. The employee of Northwest BMW in Owing Mills confirmed they received phone calls and emails in June 2009, from an individual who purported to be B.A. All communication between the dealership and the individual purporting to be B.A. were conducted via phone number (954) 867-4943 and email address creativellc1017@gmail.com.

### MERCEDES-BENZ OF SHREWSBURY, MA

11. SCSO detectives contacted an employee with Mercedes-Benz of Shrewsbury in Shrewsbury, MA. The employee stated a sale was conducted in

July 2019, with an individual purporting to be B.A. The sale was for a 2019 Mercedes-Benz AMG GLE 63S, valued at approximately $117,000.

12. An employee with Mercedes-Benz of Shrewsbury confirmed they received phone calls, texts and emails from an individual who purported to be B.A. All communication between the dealership and the individual purporting to be B.A. were conducted via phone number (954) 867-4943 and email (creativellc2017@gmail.com).

13. Upon learning these facts, SCSO detectives worked with employees of Wilde Jaguar of Sarasota to complete the sale and package documents for the Dodge Challenger Hellcat to be signed by the individual purporting to be B.A. The documents were packaged and sent via FedEx to 1540 NW 174th St., Miami, Florida.

14. During the attempted sale, the individual purporting to be B.A. utilized a stolen credit card, account number ending in 4606, belonging to S.G. of Wesley Chapel, Florida to make the $500 down payment for the vehicle and delivery. The credit card was provided to Wilde Jaguar of Sarasota via a phone call from (954) 867-4943.

15. SCSO detectives contacted S.G., who stated she did not know B.A. nor did she give B.A. or anyone else permission to use her credit card to make a $500 transaction at Wilde Jaguar of Sarasota. S.G. confirmed her

credit card was in her possession at the time of the fraudulent transaction and was never lost or stolen.

16. The sale was finalized, and the vehicle was scheduled to ship to Miami, Florida. SCSO detectives advised an employee with Wilde Jaguar of Sarasota to cancel the delivery, but asked the employee to tell the individual purporting to be B.A. that the vehicle would arrive on or about July 19, 2019.

17. SCSO detectives traveled to Miami and met with United States Secret Service Agents (USSS) from the Miami Field Office as well as officers with the Miami-Dade Police Department. Together, the law-enforcement officers conducted surveillance at the package delivery location, as well as a ruse at the Miami Mercedes-Benz dealership for the vehicle delivery.

18. On or about July 19, 2019, the package containing the sales and financing documents from Wilde Jaguar of Sarasota was delivered to 1540 NW 174th St., Miami, Florida. Shortly thereafter, two black females left with the package and delivered it to 1503 NW 207th St., Apt. 236. Surveillance was established at the apartment, and a search warrant was obtained. During the surveillance, a black male, later identified as **Gerard Charles Szczerbinski**, and a black female, identified as **Eloude Clerone**, left the residence in **Szczerbinski**'s vehicle (black Infinity) with unknown items in hand.

19. A search warrant was sought and approved by a judge in Miami Dade, allowing law enforcement to search Apt. 236 at 1503 NW 207th Street in Miami, Florida.

20. Meanwhile, USSS agents, posing as dealership employees, met with a white male, identified as B.W., who arrived to pick up the Mercedes. B.W. had a photocopy of B.A.'s Florida driver's license in his possession, which was the same photocopy that was submitted to both the Sarasota and Massachusetts car dealerships.

21. While at the dealership, B.W. was told by an undercover agent that he needed to produce his driver's license. B.W. told the agents he did not have one with him. B.W. contacted someone (he later identified as **Gerard Charles Szczerbinski**) who called an Uber driver for B.W. in order to make it appear he had received his license.

### ARREST AND INTERVIEW OF B.W.

22. B.W. was arrested by USSS agents, and the search warrant was executed at the apartment. During an audio- and video-recorded interview, B.W. stated he received a call from **Szczerbinski** who said he would pay him $300 to pick up the vehicle. **Szczerbinski** met B.W. at a friend's house and dropped him off at the Mercedes dealership in Miami. **Szczerbinski** provided

7

B.W. with B.A.'s photo-copied fraudulent Florida driver's license and told B.W. to pretend to be her brother.

23. **Szczerbinski** told B.W. to delete all text messages and his phone contact from B.W.'s phone. B.W. complied with the request, yet never deleted **Szczerbinski**'s phone number from the call logs.

24. B.W. has known **Szczerbinski** for several years and buys drugs from him. B.W. believes he was asked to pick up the car because he was white and could pose as B.A.'s brother.

25. B.W. admitted to having his license at all times and told the Uber driver he was not needed. The Uber driver left the area without knowing he was used as a decoy.

26. B.W. was ultimately arrested by the Miami-Dade Police Department for criminal use of personal identification.

27. A search warrant was sought and obtained for B.W.'s cell phone. A preliminary investigation of the phone shows communications between B.W. and **Szczerbinski** in reference to fraudulently obtaining the vehicle. That information was used along with other evidence to complete a Probable Cause Affidavit for **Szczerbinski**.

28. A state arrest warrant was sought and obtained for **Gerard Szczerbinski** who was later apprehended by the Broward County Sheriff's Office. **Szczerbinski** was subsequently transferred to the Sarasota County Jail.

29. Upon arrival, detectives determined that the following items were in **Szczerbinski**'s possession at the time of his arrest. Three (3) cell phones, two (2) Porsche key fobs, eleven (11) credit cards, an Apple watch, a jail check, keys, and a Florida license.

30. Eight (8) of the credit cards in the possession of **Szczerbinski** are counterfeit. Two of the cards belong to Synchrony Bank which has confirmed they are fraudulent.

31. SCSO detectives traveled to the local BMW dealership and discovered the keys belong to a 2019 Porsche Macan with vehicle identification number WP1AA2A52KLB04366.

### HICKORY POLICE DEPARTMENT INVESTIGATION

32. A CARFAX report for the Porsche showed a purchase in or about June 2019. The vehicle was later reported stolen. SCSO detectives contacted an employee at Paramount Porsche, Volvo, and Volkswagen of Hickory in Hickory, North Carolina and discovered the Hickory Police Department (HPD) was investigating the theft of the vehicle.

33. HPD forwarded SCSO detectives their investigative notes relating to the vehicle theft. While reviewing the notes, SCSO detectives discovered that suspects obtained the vehicle using the stolen identity of C.P. They used the phone number (954) 867-4943 and email addresses creativellc@gmail.com and creativellc2017@gmail.com to communicate with the dealership and lease the vehicle.

34. HPD retrieved lease paperwork from Mercedes-Benz of Cary, North Carolina, for a car (2019 Mercedes-Benz S-560 with VIN #WDDXJ8GB8KA037883), which had been shipped to Miami, Florida in June 2019. The purported lessee was C.P. Again, the suspects communicated with the dealership by email account creativellc2017@gmail.com. C.P. was interviewed and stated that she did not lease either vehicle, nor did she authorize anyone else to attempt to do so on her behalf.

## SCSO SEARCH WARRANT FOR EMAILS

35. SCSO detectives sought and obtained a search warrant for user accounts identified by the following email addresses: creativellc@gmail.com, creativellc1017@gmail.com, and creativellc2017@gmail.com.

36. SCSO's preliminary investigation of the email attachments shows a video of **Eloude Clerone** posing as S.S. with a Florida driver's license. **Eloude Clerone** stated, "Hello, this is S.S. birthday X/XX/1994. I understand

that I am fully responsible for the loan. And I am actually taking a loan out for a wedding for me and my wife. So, if you guys can approve I'll really appreciate it. I want this to be a special moment for us both."

37. Further review of the email attachments revealed a BrightStar Credit Union "Request For Verification of Income" and a Wells Fargo Checking account summary in the name of S.S. The Wells Fargo checking account summary document has the address of 1503 NW 207th St., Apt. 236, Miami, Florida 33169, which is the same address where law enforcement executed a search warrant on July, 19, 2019. **Eloude Clerone** and **Gerard Szczerbinski** were also surveilled by law enforcement leaving this residence.

38. SCSO detectives contacted the real S.S. of Sebastian, Florida via phone. S.S. confirmed she did not know **Eloude Clerone** and stated that no one was authorized to use her identity for the opening of loans or accounts. S.S. advised that she filed a Federal Trade Commission report regarding the identity theft.

## CONCLUSION

39. Based upon the foregoing, there is probable cause to believe that from at least in or around June 2019, through and including the present, **Gerard Charles Szczerbinski** and **Eloude Clerone** conspired to commit wire

fraud, in violation of 18 U.S.C. § 1349. Accordingly, I request a warrant for the arrest of **Gerard Charles Szczerbinski** and **Eloude Clerone**.

This completes my affidavit.

_____
Brian Villaflor, Special Agent
United States Secret Service


Sworn to and subscribed before me this __5__ day of December, 2019.

_____
SEAN P. FLYNN
United States Magistrate Judge

12